UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON et al., <br><br> Defendants. | CASE NO. 2:25-cv-01537-DGE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On August 19, 2025, the Court held a status hearing. Among other things, the Court informed the parties he was personally familiar with attorney George Ahrend, who is one of the attorneys of record for Plaintiffs in this case. Plaintiffs and the County attorneys took no issue, while the State Defendants desired more time to evaluate whether to seek recusal. The Court informed the parties it would not make any decisions in this case until the State Defendants filed

MINUTE ORDER - 1

their position on August 21, 2025.  On August 21, 2025, the State Defendants informed the Court they did not intend to file a motion for recusal.  (Dkt. No. 190.)

Presently before the Court is Plaintiffs' motion to consolidate this case with *Etienne v. Ferguson,* Case No. 3:25-cv-05461.  (Dkt. No. 185.)  Plaintiffs' motion presented substantive arguments, but primarily argued that consolidation would allow them to participate in any appeal of the Court's order granting Plaintiffs' motion for a preliminary injunction in the *Etienne* case, the deadline for which they identified was August 18, 2025.  (*Id.*)  On August 18, 2025, Plaintiffs in the *Etienne* case filed a response to the motion to consolidate, opposing the motion on the grounds that it was procedurally improper and that nothing about any potential appeal taken in *Etienne* warranted consolidation.  (Dkt. No. 188.)  The opposition did not address the more substantive issue of whether the matters involve the same questions of law or fact.  *See* Fed. R. Civ. P. 42(a). As of today's date, an appeal has not been filed in *Etienne*.

Having reviewed the motion to consolidate, it appears the *Etienne* matter and this matter may involve commons questions of law or fact.  Accordingly, the Court orders the Plaintiffs in *Etienne* to show cause no later than **August 29, 2025** why the cases should not be consolidated.

Dated this 22nd day of August, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.