The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 2:25-cv-01537-DGE |
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 3:25-cv-05461-DGE <br><br> **STIPULATED MOTION TO EXTEND DEADLINE REGARDING *ORTHODOX CHURCH* PLAINTIFFS' MOTION TO CONSOLIDATE AND** <br><br> **ORDER** <br><br> **NOTING DATE: August 28, 2025** |

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1  Plaintiffs in *Etienne v. Ferguson*, No. 3:25-cv-05461-DGE ("*Etienne* Action," and, the
2  "*Etienne* Plaintiffs"), and Plaintiffs in *Orthodox Church in America v. Ferguson*, No. 2:25-cv-
3  01537-DGE ("*Orthodox Church* Action," and, the "*Orthodox Church* Plaintiffs") jointly move
4  the Court, pursuant to Local Rule 7(d)(1), to extend the deadline for the *Etienne* Plaintiffs to
5  show cause as to why the *Etienne* Action and the *Orthodox Church* Action should not be
6  consolidated until September 8, 2025, and to stay any other case deadlines that might come into
7  effect. The stipulating parties seek this modest extension to the *Etienne* Plaintiffs' response
8  deadline in light of ongoing discussions to find common ground on various issues in the cases.
9  The *Etienne* Plaintiffs have conferred with counsel for the State Defendants, who have
10 stated that the State Defendants do not oppose this stipulated motion.

**Background**

12 On May 29, 2025, the *Etienne* Plaintiffs initiated the *Etienne* Action. The Court has not
13 yet entered a scheduling order in the *Etienne* Action.
14 On June 16, 2025, the *Orthodox Church* Plaintiffs initiated the *Orthodox Church* Action.
15 On August 14, 2025, the *Orthodox Church* Plaintiffs moved to consolidate the *Orthodox Church*
16 Action and the *Etienne* Action. ECF No. 185. The Court has not yet entered a scheduling order
17 in the *Orthodox Church* action.
18 On August 22, 2025, the Court ordered that the *Etienne* Plaintiffs show cause as to why
19 the *Etienne* Action and the *Orthodox Church* Action should not be consolidated by August 29,
20 2025.

**Discussion**

22 The *Etienne* Plaintiffs and the *Orthodox Church* Plaintiffs have been actively engaging in
23 discussions to find common ground on various issues in their cases. The parties expect that
24 those discussions may, in whole or in part, address and resolve various procedural matters,
25 including the *Orthodox Church* Plaintiffs' pending motion to consolidate.

STIPULATED MOTION  
No. 2:25-cv-01537-DGE  
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**  
2100 Pennsylvania Avenue NW  
Washington, DC 20037  
(202) 663-6000 (t)  
(202) 663-6363 (f)

1  Accordingly, and in the interests of permitting continued discussion regarding these
2  issues, the *Etienne* Plaintiffs and the *Orthodox Church* Plaintiffs jointly request that the Court
3  extend the *Etienne* Plaintiffs' deadline to respond to its Order to Show Cause as to why the
4  *Etienne* Action and the *Orthodox Church* Action should not be consolidated from August 29,
5  2025 to September 8, 2025.  The moving parties further request that the Court set no other
6  deadlines in the *Etienne* Action or the *Orthodox Church* Action until September 8, 2025.
7  IT IS SO STIPULATED by and between the *Etienne* Plaintiffs and the *Orthodox Church*
8  Plaintiffs.

\*   \*   \*

//
//

I certify that this stipulated motion contains 394 words, in compliance with the Local Civil Rules.

DATED: August 28, 2025

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

By: */s/ Katherine Anderson*
Kristen K. Waggoner, WSBA #27790
Katherine Anderson, WSBA #41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel: (480) 444-0020
kanderson@ADFlegal.org

*Attorney for Orthodox Church Plaintiffs*

By: */s/ Siddharth Velamoor*
Matthew T. Martens*
Siddharth Velamoor, WSBA #40965
Donna Farag*
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
matthew.martens@wilmerhale.com
siddharth.velamoor@wilmerhale.com
donna.farag@wilmerhale.com

Leah M. Fugere*
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
leah.fugere@wilmerhale.com

Robert Kingsley Smith*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
robert.smith@wilmerhale.com

William J. Crowley
CROWLEY LAW OFFICES, P.S.
600 University Street
Suite 1708
Seattle, WA 98101
Tel: (206) 224-7069
will@crowleylawoffices.com

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

Mark L. Rienzi*
Eric C. Rassbach*
William J. Haun*
Laura Wolk Slavis*
BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Tel: (202) 955-0095
mrienzi@becketfund.org
erassbach@becketfund.org
whaun@becketfund.org
lslavis@becketfund.org

Hiram S. Sasser, III*
Jeremy Dys*
Chris Motz*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org
jdys@firstliberty.org
cmotz@firstliberty.org

*Attorneys for Etienne Plaintiffs*

\* Designates counsel admitted *pro hac vice* in *Etienne v. Ferguson*, No. 3:25-cv-05461-DGE

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

The Court GRANTS the *Etienne* Plaintiffs' Stipulated Motion. The *Etienne* Plaintiffs' deadline to show cause as to why the *Etienne* Action and the *Orthodox Church* Action should not be consolidated is hereby extended to **September 8, 2025**. Additionally, the Court directs the Clerk not to enter any other procedural deadlines in the *Etienne* Action or the *Orthodox Church* Action until **September 8, 2025**.

IT IS SO ORDERED.

DATED this 29th day of August, 2025

_____
David G. Estudillo
United States District Judge

Presented by:

*/s/ Siddharth Velamoor*
Siddharth Velamoor, WSBA #40965
WILMER CUTLER PICKERING HALE AND
    DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
siddharth.velamoor@wilmerhale.com

*Attorney for Etienne Plaintiffs*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION

No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

By: <u>*/s/ Katherine Anderson*</u>
Kristen K. Waggoner, WSBA #27790
Katherine Anderson, WSBA #41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel: (480) 444-0020
kanderson@ADFlegal.org

*Attorney for Orthodox Church Plaintiffs*

| | |
|---|---|
| [PROPOSED] ORDER GRANTING STIPULATED MOTION<br><br>No. 2:25-cv-01537-DGE<br>No. 3:25-cv-05461-DGE | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000 (t)<br>(202) 663-6363 (f) |