UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT W. FERGUSON et al., <br><br> Defendants. | CASE NO. 2:25-cv-01537-DGE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Based on the Order granting the Parties' stipulation to stay deadlines (Dkt. No. 199), Plaintiff's motion to consolidate (Dkt. No. 185) is denied without prejudice. No later than September 26, 2025, the Parties shall file a joint status report informing the Court as to the status of their discussions regarding potential consolidation and/or whether the Orthodox Church Plaintiffs will continue to seek consolidation. The Orthodox Church Plaintiffs may re-note their motion for consolidation after September 26, 2025 if the parties have not reached an agreement.

Dated this 11th day of September, 2025.

MINUTE ORDER - 1